**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Stuart Caplan

**Plaintiff,**

\*

\*

**v.**

\*

**Case No.** 1:22-CV-001314

Nicholas Baker, et al.

\*

**Defendant.**

\*

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the

above-captioned civil matter hereby voluntarily waives the right to proceed before a United

States District Judge and consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order the entry of a final judgment.

June 29, 2022

/s/ *Lawrence S. Greenberg, Esq.*

Date

Signature of Party or Counsel          Bar No. 23642

Lawrence S. Greenberg, Esq.

Printed Name

6 E. Biddle Street, Baltimore, MD 21202

Address

larry@greenberglawyers.com

Email Address

410-539-5250

Telephone Number

410-625-7891

Fax Number

MagistrateGeneralConsentCV (06/2016)